

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

No. 08-24-00405-CV

City of El Paso, Texas, Appellant

v.

Joseph C. Pickett, Appellee

On Appeal from the 384th District Court
El Paso County, Texas
Trial Court No. 2020DCV3514

## CONCURRING OPINION

I concur but write separately because of the complexity of the Texas laws of sovereign immunity that are woven into this case.

Texas case law provides that immunity from liability and immunity from suit are two distinct principles. So, while the Uniform Declaratory Judgment Act may waive immunity from suit, I am less sure that immunity from liability protects the City from judgment even if the Legislature expressly consented to the suit. *Federal Sign v. Texas S. Univ.*, 951 S.W.2d 401, 405 (Tex. 1997).

DAVID W. CHEW, Chief Justice (Senior Judge)

June 9, 2026

Before Salas Mendoza, C.J., Palafox, J., and Chew, C.J. (Senior Judge)
Chew, C.J. (Senior Judge) sitting by assignment
Chew, C.J. (Senior Judge), concurring